# UNITED STATES DISTRICT COURT
## for the
### Western District of Wisconsin

FILED/REC'D

2026 MAR 19  A 10: 25

CLERK OF COURT
U.S. DIST OF COURT
W.D. WI

Justin Collins

V.

Vanessa Fang, Elyssa O. Slutzky, Ortiz, Javier E

case No.    26-cv-236-jdp

Jury trial: yes

1. Defendants delayed the ruling,
2. This case is brought on diversity,
3. Plaintiff demands damages over $75,000.

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Justin Collins
3/2/26